IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:02CR156-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DEBBIE ZIMMERMAN | ) | |

**THIS MATTER** is before the Court on the oral motion of the Defendant's counsel to continue the sentencing hearing from the July 27, 2005, calendar.

The Court has been advised by the Defendant's attorney that she has been called to begin a jury trial before another judicial officer in this District and will be unavailable for the sentencing hearing.

**IT IS, THEREFORE, ORDERED** that the oral motion of Defendant's counsel to continue is hereby **ALLOWED**, and this case is continued from the July 27, 2005, calendar.

**IT IS FURTHER ORDERED** that this case is rescheduled for sentencing on **TUESDAY, AUGUST 9, 2005, AT 2:00 PM in Asheville, North Carolina.**

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge